Fitz⁴

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

Sandra M. Dawson

for the

District of

2017 JAN 18 ⌐ 3: 35

CLERK US DISTRICT COURT
ALEX... ...IA

Case No. l: 17cv 69  LMB/IDD

*(to be filled in by the Clerk's Office)*

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Alexandria Renew Enterprise
& Wendy L. Criswell

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)*    ☐ Yes    ☑ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Sandra Maxine Dawson |
| Street Address | 8313 Oliver St |
| City and County | New Carrollton |
| State and Zip Code | Md  20784 |
| Telephone Number | 301-938-5905 |
| E-mail Address | Max7600@Verizon.Net |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**Defendant No. 1**

Name — _Alexandria Renew Enterprise_

Job or Title _(if known)_

Street Address — _1800 Limerick St_

City and County — _Alexandria_

State and Zip Code — _Va 22314_

Telephone Number

E-mail Address _(if known)_

**Defendant No. 2**

Name — _Wendy Criswell_

Job or Title _(if known)_ — _Human Resources Manager_

Street Address — _1800 Limerick St_

City and County — _Alexandria_

State and Zip Code — _Va 22314_

Telephone Number

E-mail Address _(if known)_

**Defendant No. 3**

Name

Job or Title _(if known)_

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address _(if known)_

**Defendant No. 4**

Name

Job or Title _(if known)_

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address _(if known)_

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

## NATURE OF ACTION

This is an action under Title VII of the Civil Rights Act of 1964, Age Discrimination in Employment Act of 1967 (ADEA) and Title 1 of the Civil rights Act of 1991 is to correct unlawful employment based on the following:

> ➢ Constant harassment and Intimidation
> ➢ Hostile work environment and retaliation for filing rebuttals against management
> ➢ 24 years of tenure in the organization (getting close to retirement)
> ➢ Appropriate release to Sandra M. Dawson who is adversely affected by the practices.
> ➢ Unlawful Termination

The employment practices alleged to be unlawful were committed within the jurisdiction of the United State District Court for the Eastern District of Virginia, Alexandria Division.

## STATEMENT OF CLAIMS

Alexandria Renew Enterprise (Defendant) hired the Plaintiff (Sandra Dawson) in 1991 as an Operator. For the majority of her tenure, which spanned twenty-four (24) years... viewed as a hard worked willing to do whatever it took to get the job done. During the 24 years, she mastered the skills and expectations of her profession. Hold 's a Class 3 operator's license, issued by the Commonwealth of Virginia. Until 2014, was earning an hourly wage of $32.04, and eligible for overtime pay.

When Wendy Criswell became Human Resources Manager in September 2011, she immediately targeted Dawson via criticism and noticeable harassment both directly and indirectly through her immediate supervisors. { Note} Ms. Criswell accused Dawson in 2013 of leaving a gas line open in the facility. Her supervisor (MR. Lee) insisted that there was no evidence and that such behavior was inconsistent with Dawson's attention to details on the job. Despite Mr. Lee protest, Ms. Criswell ordered him to issue her a warning for the incident and inform him to write her up. Mr. Lee would not conform to the request so Mr. Ron Allen , Mr. Lees' supervisor wrote Dawson up. From that day until her release from "Renew" Dawson was harassed via efforts spearheaded by Ms. Criswell to begin pushing her out of the company.

Ms. Criswell spearheaded large cost cutting measures in her first year at Renew to reduce the salary and compensation of employees (in 2014 Plaintiff salary was targeted for reduction...Plaintiff was earning $32.04 per hour, Plaintiff salary was reduced to $22.98 per hour, reducing her annual compensation by $20.00.) Employees' benefit package reduced because of the salary reduction. I could not afford to leave because of financial responsibilities; a single woman who has just purchase a home.

In May 2014, I asked my supervisor to endorse me for the Company's Waste Water Technician Apprenticeship Program that would qualify me for a promotion . My supervisor enthusiastically supported me and wrote me a strong endorsement for the program. Ms. Criswell Human Resource Manager blocked my promotion. Becoming concern with my managers' harsh treatment and refusal to allow me training it became evident to me I was on the list to "be let go." I was told by Ms. Criswell HR assistant to be looking for another job as she stated, "The handwriting is on the wall to get rid of you." All after that is History. The unlawful employment practices complained above were

Page 2

intentional and with malice to discharge or force me to leave or with reckless indifference to the federally protected rights of Sandra Dawson.

# Relief

Grant a permanent injunction enjoining Defendant, its officers, successors, and all persons in active participation with them, from maintaining a hostile work environment based on age, race and sex. In addition, employment practices that discriminate on the above and from retaliating against employees who oppose practices made unlawful by Title VII and Age Discrimination Act.

Order Defendant to make Sandra Dawson whole by providing appropriate back pay with prejudgment interests, in amounts to be determined at trial and other relief necessary to eradicate the effects of the unlawful employment practices.

Order Defendant to pay Dawson punitive damages for its malicious and reckless conduct, in the amount to be determined at trial.

Award my Attorney (when I get one) its costs of this action.

# Court Trial Demand
Sandra request a court trial by a Judge only

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1/18/2017

Signature of Plaintiff    _Sandra M. Dawson_

Printed Name of Plaintiff    _Sandra M. Dawson_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

# CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of this document.

_Sandra M. Dawson_
Name of *Pro Se* Party (Print or Type)

_S.M. Dawson_
Signature of *Pro Se* Party

Executed on: _11/18/2017_ (Date)


## OR


_____
(Name of Attorney)


_____
(Address of Attorney)


_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.


_____
(Name of *Pro Se* Party (Print or Type)


_____
Signature of *Pro Se* Party


Executed on: _____ (Date)